UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID DICARLO,

        Plaintiff,

-against-

TOULA MANUFACTURING LTD., INC.,
TOULA MWDTC INVESTMENTS, LLC,
ABG HMX, LLC, TOULA MSK
INVESTMENTS, LLC, ABG-JONES, LLC,
and TOULA JNY INVESTMENTS, LLC,

        Defendants.

20-CV-00910 (SN)

**JUDGMENT**

HAVING CONSIDERED Plaintiff's Unopposed Motion for Entry of Judgment, IT IS HEREBY ORDERED that the Motion is GRANTED.

It is therefore ORDERED that Defendants Toula Manufacturing Ltd., Inc., Toula MWDTC Investments, LLC, ABG HMX, LLC, Toula MSK Investments, LLC, ABG-Jones, LLC, Toula JNY Investments, LLC, and Authentic Brands Group and their parents, subsidiaries, and related entities bring their websites into substantial conformance with the Web Content Accessibility Guidelines (WCAG) 2.0 Level A and AA, which are hereby determined by the Court to be an appropriate standard to judge whether Defendants are in compliance with the accessibility requirements of the ADA.

Defendants are ORDERED to bring the subject websites, www.jny.com, www.mingwangknits.com, and www.misook.com, into substantial conformance with the WCAG Guidelines 2.0 Level A and AA on or before January 31, 2021.

The requirement of substantial conformance will apply to and be inclusive of all pages within its websites domains, except those pages or applications that link to the pages identified but that are not controlled or operated by Defendants or their parents or subsidiaries.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the implementation of Defendants' compliance with WCAG 2.0 Level AA, including jurisdiction over any other lawsuit filed against Defendants, subsequent to this Action, regarding the accessibility of Defendants' websites pursuant to the ADA and state and local laws and regulations.

SO ORDERED

_____
SARAH NETBURN
United States Magistrate Judge

April 13, 2020
New York, New York